# UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

December 09, 2010

Nancy Gbana Abudu
ACLU Foundation, Inc.
230 PEACHTREE ST STE 1440
ATLANTA, GA 30303-1227

Appeal Number: 10-14901-CC
Case Style: Hassan Swann v. Secretary, State of Georgia, et al
District Court Docket No: 1:09-cv-02674-TWT

The brief filed by you in the referenced appeal is deficient because you have not included the required item(s) noted below:

Missing the original signature on the cerificate of service.

One copy of your brief will be filed, subject to receipt of seven (7) copies of the item(s) noted above within **FOURTEEN (14) DAYS** from this date. If appellant fails to file timely the required item(s), the appeal will be dismissed. See 11th Cir. R. 42-1(b), 42-3. If appellee fails to file timely the required item(s), appellee will not be heard at oral argument unless otherwise ordered by the court. See Fed.R.App.P. 31(c), 11th Cir. R. 42-3(f). The required item(s) must be served on all parties to this appeal. If instead of sending the specific item(s) noted above you choose to send a replacement brief, DO NOT AMEND THE ORIGINAL CERTIFICATE OF SERVICE DATE of the brief.

Sincerely,
JAMES DELANEY, Deputy Clerk
JOHN LEY, Clerk of Court

Reply to: Brenda F. Wiegmann, CC
Phone #: (404) 335-6174

BR-7 Brief deficy ltr req modf item